**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x

   **FARHAN AHMAD**

                      **Petitioner,**

         **-against-**                **1:26-cv-3616-ALC**

   **DHS ET AL**                    **ORDER**

                    **Respondents.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Petitioner is GRANTED leave to file an amended petition. Petitioner will file their petition by May 21, 2026. The Government's response is due June 3, 2026. Petitioner's reply is due June 5, 2026.

The court schedules a hearing for June 11, 2026, at 3:45pm. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:**     **May 1, 2026**
            **New York, New York**              **ANDREW L. CARTER, JR.**
                                          **United States District Judge**