MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/4/2026

*86 Chambers Street*
*New York, New York 10007*

June 4, 2026

<u>By ECF</u>
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Ahmed v. DHS*, No. 26-cv-3616 (ALC)

Dear Judge Carter:

This Office represents the government in the above-referenced habeas corpus action. The government's deadline to file its opposition to the amended habeas petition was June 3, 2026. ECF No. 13. While the government timely filed an agency declaration and the government's "return," a separate document containing exhibits, the government's memorandum of law in opposition to the amended petition was not filed until 2:37 a.m. on June 4, *i.e.*, a little over two and a half hours late. I write respectfully to request, with Petitioner's consent, that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's memorandum of law (ECF No. 21) is deemed timely filed. The filing was delayed due to the press of business given a surge of habeas filings over the past two and a half weeks (with at least 43 petitions being filed in a two-and-a-half-week period), with roughly 20 response deadlines due this week. Between handling my own cases, I supervise the immigration litigation in this Office, and with all of the new cases with short deadlines, a significant portion of my time this week has been devoted to supervisory review and assistance. This is the government's first request for an extension of this deadline, and, as noted, Petitioner consents.

I apologize to the Court and Petitioner for the delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

The Court is in receipt of the parties' consent requests at Dkts. 18 and 22. The parties' requests are GRANTED. Petitioner is ORDERED to file their Reply by June 8.

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 4, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)