**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

FARHAN AHMAD

                            **Petitioner,**

          -against-                      :       **1:26-cv-3616-ALC**

DHS ET AL                    :       **ORDER**

                         **Respondents.**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court's Order dated June 11, 2026, granted Petitioner's Petition for Writ of Habeas Corpus (ECF No. 25).   Based upon that Order, and the Respondent's June 15, 2026, certification of compliance (ECF No. 26), this case is terminated.   The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:**      **June 17, 2026**
                **New York, New York**                  **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**